UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDRE MARIE NGONO,

                      **Plaintiff,**

      -against-

LUC OWONO, et al.,

                      **Defendants.**
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2021

21-CV-00095 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On March 1, 2021, the Honorable Paul G. Gardephe referred this matter to me for general pretrial supervision. That same day, Judge Gardephe issued an Order of Service, which directed Plaintiff to complete and submit form USM-285 for each defendant in this matter, so that the Clerk of Court could issue a summons and the U.S. Marshals could effect service. See ECF No. 5. To date, Plaintiff has submitted USM-285 for Defendants Luc Owono and the Africa Employment Agency, but not Kamara Youssouf. Plaintiff is therefore directed to submit the USM-285 form for Kamara Youssouf no later than April 9, 2021. If Defendant does not know the address for Defendant Youssouf, he shall so state in a letter to the Court.

      The Clerk of Court is respectfully directed to send a copy of this order to Plaintiff.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:      April 6, 2021
                 New York, New York