UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDRE MARIE NGONO,

                    **Plaintiff,**

       **-against-**

LUC OWONO, et al.,

                    **Defendants.**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2021

21-CV-00095 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff is advised that in order to pursue claims against Defendants in this matter, they must be served with the Complaint. The address provided for Defendants Luc Owono and the Africa Employment Agency are insufficient and the mailing has been returned. See ECF Nos. 13, 14. Plaintiff also indicates that he has not been able to find an address for defendant Kamara Youssouf. ECF No. 15. Without a proper address, the United States Marshals cannot serve the defendants. If Defendants cannot be served, this case will be dismissed without prejudice.

      Accordingly, the *pro se* Plaintiff is directed to file a letter within 30 days, or no later than May 19, 2021, with corrected addresses for defendants Luc Owono and the Africa Employment Agency, and an address for defendant Kamara Youssouf so that the Court may serve Defendants. If Plaintiff does not comply with this order, or if he is unable to locate the proper addresses for service, this case will be dismissed without prejudice.

      The Clerk of Court is respectfully directed to send a copy of this order to Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 19, 2021
                New York, New York