USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDRE MARIE NGONO,

                                       **Plaintiff,**                                         21-CV-00095 (PGG)(SN)

                     -against-                                                     **ORDER**

LUC OWONO, et al.,

                                    **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 23, 2021, Plaintiff Ngono, appearing *pro se*, and Defendant Luc Owono, who is represented by counsel, participated in a telephonic status conference before the Court.

      As discussed at the conference, Plaintiff is ORDERED to file a proposed second amended complaint no later than June 30, 2021. By July 7, 2021, Defendant Owono shall file a letter indicating whether he consents to the proposed second amended complaint. If Defendant Owono does not consent, he shall have 14 days from the filing of the proposed amended complaint to oppose Plaintiff's motion seeking leave to file the second amended complaint. If Defendant Owono does consent, he shall have 21 days from the filing of the second amended complaint to answer, move, or otherwise respond to the complaint.

**SO ORDERED.**

                                                                                   _____
                                                                                   SARAH NETBURN
                                                                                   United States Magistrate Judge

DATED:     June 23, 2021
                New York, New York