**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 7/7/2021

ANDRE MARIE NGONO,

      **Plaintiff,**

    -against-

LUC OWONO, et al.,

     **Defendants.**

-----------------------------------------------------------------X

**21-CV-00095 (PGG) (SN)**

**ORDER OF SERVICE**

**SARAH NETBURN, United States Magistrate Judge:**

  Plaintiff's proposed Second Amended Complaint is deemed accepted. ECF No. 38.

  To allow Plaintiff, proceeding *pro se*, to effect service on Defendants Kamara Youssouf, Africa Employment Agency, Luckendy Realty, Travsail Agency, Inc., Access Transportation Services, Inc., and Sable Hub, Inc through the U.S. Marshals Service, the Clerk of Court is instructed to send to Plaintiff one U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. Within thirty days of the date of this order, Plaintiff must complete a USM-285 form for each defendant and return those forms to the Court. Upon receipt of the completed USM-285 forms, the Clerk of Court shall issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon the defendants. If Plaintiff does not wish to use the Marshals Service to effect service, Plaintiff must notify the Court in writing within thirty days of the date of this order and request that summonses be issued directly to him. If within thirty days, Plaintiff has not returned the USM-285 forms or requested summonses, under Rule 41(b) of the Federal Rules of Civil Procedure, the Court may dismiss this action as to those defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012).

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      July 7, 2021
              New York, New York