```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDRE MARIE NGONO,

                               **Plaintiff,**               21-CV-00095 (PGG)(SN)

         -against-                                      **ORDER**

LUC OWNO, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On August 4, summonses were issued for Defendants Luckendy Realty, Travsail Agency, Access Transportation Services, Inc., Sable Hub Inc., Africa Employment Agency, and Kamara Youssouf. While Plaintiff did not provide addresses for Defendants Africa Employment Agency or Kamara Youssouf, Plaintiff identified Defendant Luc Owono's address as the address for the remaining defendants. Counsel for Defendant Luc Owono shall file a letter with the Court by no later than November 10, 2021, stating whether he consents to accept service on behalf of Defendants Luckendy Realty, Travsail Agency, Inc., Access Transportation Services, Inc., and Sable Hub, Inc.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:    New York, New York
                 November 5, 2021