```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANDRE MARIE NGONO,

                Plaintiff,           21-CV-00095 (PGG)(SN)

    -against-                      **ORDER**

LUC OWONO, et al.,

                Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On July 11, 2021, the Court stayed the time for Defendant Luc Owono to answer or otherwise respond to the Second Amended Complaint. ECF No. 42. That stay is now lifted. Defendant Owono shall answer or otherwise respond to Plaintiff's complaint by no later than February 4, 2022.

    Furthermore, a conference is scheduled for February 15, 2022, at 11:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:   New York, New York
               January 14, 2022