```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDRE MARIE NGONO,

                                         **Plaintiff,**                        21-CV-00095 (PGG)(SN)

           -against-                                          **ORDER**

LUC OWONO, et al.,

                                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In the light of the filing date of Plaintiff's opposition to Defendants' motion to dismiss, Defendants' reply, if any, shall be filed by April 19, 2022.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      New York, New York
                April 6, 2022